1  McGREGOR W. SCOTT
   United States Attorney
2  JEAN M. HOBLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2909



FILED

DEC 1 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:08-MJ-0434 ~~EFB~~ |
|---|---|
| Plaintiff, | ) APPLICATION TO UNSEAL ARREST |
| | ) WARRANT, COMPLAINT, ACCOMPANYING |
| v. | ) AFFIDAVIT, PETITION TO SEAL |
| | ) AND ORDER TO SEAL; [PROPOSED] |
| DEAN EDWARD HUDSON, | ) ORDER |
| Defendant. | ) |

APPLICATION

On December 12, 2008, this Court issued an arrest warrant, complaint, accompanying affidavit, application to seal and order to seal for the captioned matter, and sealed the same. Presently, the warrant has been executed and there is no longer cause for these documents to remain sealed. Accordingly, the Government respectfully requests that the arrest warrant, complaint, accompanying affidavit, petition to seal, order to

///
///
///

1 seal, and any other documents sealed pursuant to the Court's
2 December 12, 2008, order be unsealed.
3 DATED: December 15, 2008

                                  Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                            By: _____
                                JEAN M. HOBLER
                                Assistant U.S. Attorney

ORDER

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the arrest warrant, complaint, accompanying affidavit, petition to seal, order to seal, and any other documents sealed pursuant to the Court's December 12, 2008, order for the captioned matter be UNSEALED.

Date: December 15, 2008

                                  _____
                                  HONORABLE EDMUND F. BRENNAN
                                  United States Magistrate Judge