**FILED**
December 15, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                            )<br>                    Plaintiff,            )<br>v.                                                         )<br>                                                            )<br>DEAN EDWARD HUDSON,         )<br>                                                            )<br>                    Defendant.           ) | Case No. MAG. 08-0434-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release DEAN EDWARD HUDSON, Case No. MAG. 08-0434-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $25,000.00.

    _X_ Unsecured Appearance Bond

    ___ Appearance Bond with Surety

    _X_ (Other) Conditions as previously stated on the record.

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 12/15/08 at 2:42 pm.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge