```
McGREGOR W. SCOTT
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DEAN EDWARD HUDSON,<br><br>        Defendant. | Case No. 2:08-MJ-0434<br><br>STIPULATION TO CONTINUE<br>PRELIMINARY HEARING TO<br>JANUARY 5, 2009;<br>ORDER |

    Defendant, Dean Edward Hudson, through his attorney of record, Mary M. French, and the United States of America, through Assistant U.S. Attorney Jean M. Hobler, agree as follows:

    Based upon scheduling and preparation issues occasioned by the court's advancement of the December 31, 2008, calendar from 2:00 p.m. to 11:00 a.m., it is hereby stipulated that the preliminary hearing currently set for December 31, 2008, be vacated and a new preliminary hearing be scheduled on January 5, 2009 at 2:00 p.m. Pursuant to this agreement, insofar as necessary under Federal Rule of Criminal Procedure 5.1(c), defendant, who is not in custody, agrees to extend the time for preliminary hearing consistent with the schedule set forth in

this stipulation.

Accordingly, the parties request that the preliminary hearing set for December 31, 2008 at 11:00 a.m. be continued to January 5, 2009 at 2:00 p.m.

Counsel for the United States and for defendant have consulted, have agreed to the new dates, and Ms. French has authorized Ms. Hobler to sign on her behalf.

DATED: December 22, 2008

```
                                Respectfully submitted,

                                McGREGOR W. SCOTT
                                United States Attorney


                            By: /s/ Jean M. Hobler
                                JEAN M. HOBLER
                                Assistant U.S. Attorney


                                DANIEL J. BRODERICK
                                Federal Defender


                            By: /s/ Mary M. French
                                MARY M. FRENCH
                                Assistant Federal Defender
```

ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the preliminary hearing set for December 31, 2008, at 11:00 a.m. be continued to January 5, 2009, at 2:00 p.m.

Date: December 22, 2008

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2