McGREGOR W. SCOTT
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700


UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:08-mj-00434-EFB |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | PRELIMINARY HEARING TO |
| v. | ) | JANUARY 7, 2009; |
| | ) | ORDER |
| DEAN EDWARD HUDSON, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

       Defendant, Dean Edward Hudson, through his attorney of
record, Mary M. French, and the United States of America, through
Assistant U.S. Attorney Jean M. Hobler, agree as follows:

       Based upon the cancellation of the Grand Jury previously
scheduled to convene on December 31, 2008, it is hereby
stipulated that the preliminary hearing currently set for January
5, 2009, be vacated and a new preliminary hearing be scheduled on
January 7, 2009 at 2:00 p.m.  Pursuant to this agreement, insofar
as necessary under Federal Rule of Criminal Procedure 5.1(c),
defendant, who is not in custody, agrees to extend the time for
preliminary hearing consistent with the schedule set forth in

this stipulation.

Accordingly, the parties request that the preliminary hearing set for January 5, 2009 at 2:00 p.m. be continued to January 7, 2009 at 2:00 p.m.

Counsel for the United States and for defendant have consulted, have agreed to the new dates, and Ms. French has authorized Ms. Hobler to sign on her behalf.

DATED: December 30, 2008

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


                            By: /s/ Jean M. Hobler
                                    JEAN M. HOBLER
                                    Assistant U.S. Attorney


                                    DANIEL J. BRODERICK
                                    Federal Defender


                            By: /s/ Mary M. French
                                    MARY M. FRENCH
                                    Assistant Federal Defender

                            ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the preliminary hearing set for January 5, 2009, at 2:00 p.m. be continued to January 7, 2009, at 2:00 p.m.

Date: December 30, 2008

                            EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE